603

450 A.2d 1043

Commonwealth v. Wesley, Appellant.

Submitted June 16, 1982.  John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

450 A.2d 1043

Commonwealth v. Wesley, Appellant.

Submitted June 4, 1982.  Norris E. Gelman, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.

450 A.2d 1044

Continental Bank v. Moore et ux., Appellants.